# Court of Appeals
# of the State of Georgia

ATLANTA,  July 11, 2012

*The Court of Appeals hereby passes the following order:*

**A12D0437.  FREDRIC EUGENE PRESTON v. THE STATE.**

Fredric Preston filed a motion to correct clerical error, in which he sought credit for time served.  The trial court denied the motion on November 23, 2011, and Preston seeks discretionary review of the trial court's order.  We lack jurisdiction.

The trial court's order denying Preston's motion to correct a clerical error is directly appealable. See *Cochran v. State*, Case No. A11A1601 (decided January 31, 2012).  Ordinarily, if a party applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j).  To fall within this general rule, however, the application must be filed within 30 days of entry of the order to be appealed.  See OCGA § 5-6-35 (d) & (j); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992).  The trial court's order was entered on November 23, 2011, but Preston did not file this application until 210 days later, on June 20, 2012.  Accordingly, his untimely application is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 07/11/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*